UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES TYLER HANNON,<br><br>    Plaintiff,<br><br>v.<br><br>KORY VERSTEEG, F/V GUARDIAN,<br><br>    Defendants. | CASE NO. 2:20-CV-136-RAJ-DWC<br><br>ORDER TO SHOW CAUSE |

Plaintiff James Tyler Hannon initiated this lawsuit on January 28, 2020 by filing his Complaint. Dkt. 1. The time for serving the summonses and Complaint expired on April 27, 2020, 90 days after the Complaint was filed. *See* Fed. R. Civ. P. 4(m). At this time, no proof of service has been filed. *See id.* at 4(l); *see also* Docket. Further, no attorney has entered an appearance on behalf of any Defendant in this case. Plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to timely serve. *See* Fed. R. Civ. P. 4(m). Plaintiff must show cause on or before May 18, 2020.

Dated this 11th day of May, 2020.

                                                          /s/ David W. Christel<br>
                                                         David W. Christel<br>
                                                         United States Magistrate Judge