| | |
|---|---|
| | Hon. Richard A. Jones |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES TYLER HANNON,

        Plaintiff,

   v.

KORY VERSTEEG, *et al.*,

        Defendants.

No. 2:20-cv-00136-RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

    THIS MATTER comes before the Court upon Plaintiff's Motion for Status Report on Default Judgment Against In Personam Defendant Kory Versteeg (Dkt. # 17). Plaintiff's motion sets forth that Plaintiff's counsel "has received no response to repeated phone calls made pursuant to LCR 7(b)(5)." Pursuant to Local Rule 7(b)(5), inquiries regarding the status of pending motions are to be made to the assigned judge's courtroom deputy clerk. Counsel does not indicate to whom the telephone calls were placed, but they were not made to the courtroom deputy clerk. Plaintiff's Motion for Default Judgment remains scheduled for the Court's determination. The Court will issue an order on the motion at its earliest opportunity.

MINUTE ORDER – 1

Should Plaintiff wish any further updates, counsel is directed to contact this Court's courtroom deputy clerk, Victoria Ericksen, at victoria_ericksen@wawd.uscourts.gov.  Plaintiff's Motion for Status Report (Dkt. # 17) is DENIED as moot.

DATED this 7th day of January, 2021.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 2